IT IS HEREBY ORDERED
AS DESCRIBED BELOW.

DATED: February 24, 2011



Honorable Margaret Dee McGarity
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

In Re:                                                          CASE NO. 10-40366-MDM

    ELIZABETH A. PETROVICH                       CHAPTER 7
    a/k/a ELIZABETH A. KNOKE

                     Debtor.

ORDER GRANTING U.S. BANK, NATIONAL ASSOCIATION, AS ASSIGNEE OF
MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., ACTING SOLELY AS
NOMINEE FOR U.S. BANK, N.A.
RELIEF FROM AUTOMATIC STAY AND ABANDONMENT

      This case came before the Court on the Motion for Relief from Automatic Stay and for

Abandonment (the "Motion") filed by U.S. Bank, National Association, as assignee of Mortgage

---

Michael J. Keepman, Esq.
Attorneys for U.S. Bank, N.A.
Kohner, Mann & Kailas, S.C.
Washington Building
4650 North Port Washington Road
Milwaukee, WI 53212-1059
Telephone: (414) 962-5110
Facsimile: (414) 962-8725
Email: mkeepman@kmksc.com

Electronic Registration Systems, Inc., acting solely as nominee for U.S. Bank, N.A. (hereinafter "Creditor"), dated February 4, 2011.

The Court, after reviewing the record in this case, including the above-mentioned Motion, finds in this matter that notice and opportunity for hearing to the parties in interest was appropriate in the circumstances, that no objections were timely raised against said Motion; that Creditor seeks an Order terminating the stay of proceedings under 11 U.S.C. § 362 and requiring the Trustee to abandon the estate's interest in the Collateral under U.S.C. § 554, so as to allow Creditor (and its principals, successors, assigns and/or the holder of the mortgage) to proceed with foreclosure and to enforce rights, interests, claims and liens against the property commonly known as 205 Division Street, Neenah, Wisconsin 54956, owned by Elizabeth A. Petrovich (herein the "Debtor"); that it appears the Debtor has no equity in the property subject to the loan and security documents described in the Motion; that said property is not necessary for an effective reorganization of the Debtor or her estate; the mortgage interest and lien in and against the subject property cannot be adequately protected by the Debtor or the bankruptcy estate; that the property is burdensome or of inconsequential value and benefit to the bankruptcy estate; and that Creditor should be allowed the relief it seeks.  Therefore, it is hereby

ORDERED:

That the Motion for Relief from Automatic Stay and for Abandonment filed by U.S. Bank, National Association, as assignee of Mortgage Electronic Registration Systems, Inc., acting solely as nominee for U.S. Bank, N.A. ("Creditor"), and dated February 4, 2011, be and hereby is granted; that the stay of proceedings under 11 U.S.C. § 362 is terminated, so as to allow Creditor (and its principals, successors, assigns and/or the holder of the mortgage) to enforce rights, interests, claims and liens in and against the property commonly known as  205

Division Street, Neenah, Wisconsin 54956, owned by Elizabeth A. Petrovich (the "Debtor"), subject to the real estate mortgage dated November 15, 2006, recorded on November 17, 2006, in the Office of the Register of Deeds for Winnebago County, as Document No. 1417655, in accordance with the terms of the loan and security documents and applicable state law, including but not limited to proceedings to foreclose and liquidate the property, and the application of the proceeds to the indebtedness owed by the Debtor; that the Trustee abandon the estate's interest in the above-referenced property and the entry of this Order shall constitute said abandonment pursuant to 11 U.S.C. § 554;

IT IS FURTHER ORDERED that the Court waives the 14-day stay regarding orders granting a Motion for Relief from Automatic Stay, as referenced in Federal Rule of Bankruptcy Procedure 4001(a)(3).

#####

W:\FORECLOSURE\BANKRUPTCY\Ch 7\Ros Order.doc